**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0586-23

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

ANDREW K. ABOAGYE,

    Defendant-Appellant.

_____

Submitted November 6, 2025 – Decided November 19, 2025

Before Judges Bishop-Thompson and Puglisi.

On appeal from the Superior Court of New Jersey, Law Division, Morris County, Indictment No. 23-03-0220.

Jennifer N. Sellitti, Public Defender, attorney for appellant (Nadine Kronis, Assistant Deputy Public Defender, of counsel and on the briefs).

Robert J. Carroll, Morris County Prosecutor, attorney for respondent (Michelle J. Ghali, Assistant Prosecutor, on the brief).

PER CURIAM

The matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2

A-0586-23